# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| In re: ) | |
|     Willette D. Copes, ) | |
|     Kerry D. Copes ) | Case No.: 21-22142-TPA |
|     Debtor. ) | Chapter 13 |
| ) | |
| Partners for Payment Relief DE II, LLC, ) | |
| Movant. ) | Judge: Thomas P. Agresti |
| ) | |
|     v. ) | |
| ) | |
| Willete D. Copes, ) | |
| Kerry D. Copes, ) | |
| Respondents. ) | |

## NOTICE OF WITHDRAW OF PARTNERS FOR PAYMENT RELIEF DE II, LLC'S EMERGENCY MOTION TO EXCUSE FCI LENDER SERVICES, INC. FROM APPEARING AT THE ORDER TO SHOW CAUSE HEARING SCHEDULED FOR APRIL 6, 2022

**COMES NOW, SECURED CREDITOR**, Partners for Payment Relief DE II, LLC (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Notice of Withdraw of its MOTION TO EXCUSE FCI LENDER SERVICES, INC. FROM APPEARING AT THE ORDER TO SHOW CAUSE HEARING SCHEDULED FOR APRIL 6, 2022 as the matter is now moot.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list this 1st Day of April 2022.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Western District of Pennsylvania, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

By: /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq. ID # 315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
jennie@dwaldmanlaw.com
Attorneys for Secured Creditor

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st Day of April 2022, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
Willette D. Copes
1428 Penn Avenue
Pittsburgh, PA 15221

*Joint Debtor*
Kerry D. Copes
1428 Penn Avenue
Pittsburgh, PA 15221

Willette D. Copes and Kerry D. Copes
c/o Donald R. Calaiaro, Mark B. Peduto, and Andrew Kevin Pratt
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
*Attorney(s) for Debtors*

*Trustee*
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Signature: /s/ Jennie C. Shnayder
Jennie C. Shnayder, Esq., ID #315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email 1: jennie@dwaldmanlaw.com
Email 2: tiffany@dwaldmanlaw.com
Attorney for Secured Creditor