Case 21-22142-TPA    Doc 58    Filed 04/04/22    Entered 04/04/22 14:20:18    Desc Main
Document    Page 1 of 1

FILED
4/4/22 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>   Willette D. Copes,<br>   Kerry D. Copes<br>   Debtor.<br><br>Partners for Payment Relief DE II, LLC,<br>Movant.<br><br>   v.<br><br>Willete D. Copes,<br>Kerry D. Copes,<br>Respondents. | Case No.: 21-22142-TPA<br>Chapter 13<br><br>Judge: Thomas P. Agresti<br><br>Related to Doc. 51, 56 |

## NOTICE OF WITHDRAW OF PARTNERS FOR PAYMENT RELIEF DE II, LLC'S EMERGENCY MOTION TO EXCUSE FCI LENDER SERVICES, INC. FROM APPEARING AT THE ORDER TO SHOW CAUSE HEARING SCHEDULED FOR APRIL 6, 2022

**COMES NOW, SECURED CREDITOR**, Partners for Payment Relief DE II, LLC (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Notice of Withdraw of its MOTION TO EXCUSE FCI LENDER SERVICES, INC. FROM APPEARING AT THE ORDER TO SHOW CAUSE HEARING SCHEDULED FOR APRIL 6, 2022 as the matter is now moot.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list this 1st Day of April 2022.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Western District of Pennsylvania, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

SO ORDERED
April 04, 2022

*[signature]*
nms

By: /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq. ID # 315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
jennie@dwaldmanlaw.com
Attorneys for Secured Creditor